UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY JULES JOHNSON                          CIVIL ACTION

VERSUS                                              NO. 19-13554

LOUISIANA DEPARTMENT OF                     SECTION "R" (2)
CORRECTIONS, ET AL.

## <u>ORDER</u>

Stanley Jules Johnson petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2254.[1]  Pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules Governing § 2254 Cases, the Court referred the matter to the Magistrate Judge for a Report and Recommendation ("R&R") and to conduct hearings, including an evidentiary hearing, if necessary.  The Magistrate Judge determined that no hearing was necessary, found that the petition should be addressed under 28 U.S.C. § 2241 instead of § 2254, and recommended denying the petition as successive and as an abuse of the writ.[2]

On September 11, 2020, the Court granted petitioner's motion[3] for an extension of time to file an opposition to the R&R, ordering that his

---

[1]     R. Doc. 4.
[2]     R. Doc. 17 at 1, 11, 21.
[3]     R. Doc. 18.

objections be filed no later than September 25, 2020.[4]  Petitioner did not file any objections.   This Court therefore reviews the R&R for plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").   The Court finds no plain error.   Thus, the Court adopts the Magistrate Judge's R&R as its opinion.

Accordingly, the Court DISMISSES the petition WITH PREJUDICE.

New Orleans, Louisiana, this __5th__ day of October, 2020.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4]      R. Doc. 19.